

**NUMBER 13-09-00527-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**CARLOS PENA,** **Appellant,**

**v.**

**J. TODD BOYD AND RUBY BOYD,** **Appellees**.

---

**On appeal from the County Court at Law No. 2
of Cameron County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Yañez, Rodriguez, and Garza
Memorandum Opinion Per Curiam**

Appellant perfected an appeal from a judgment entered by the County Court at Law

No. 2 of Cameron County, Texas, in cause number 2008-CCL-1294-B. Appellant has filed

an unopposed motion to dismiss the appeal on grounds that the parties have reached an

agreement to settle and compromise their differences. Appellant requests that this Court dismiss the appeal with prejudice.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed
the 1st day of April, 2010.